TANCIL ET AL. *v.* WOOLLS ET AL., JUDGES.

No. 386. Decided October 26, 1964.*

*Allison W. Brown, Jr.,* for appellants in No. 386 and for appellees in No. 412.

*Robert Y. Button,* Attorney General of Virginia, *R. D. McIlwaine III,* Assistant Attorney General, *William J. Hassan* and *Ralph G. Louk* for appellants in No. 412.

PER CURIAM.

The motion to affirm in No. 412 is granted and the judgment in both cases is affirmed.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted in both cases.

MR. JUSTICE BRENNAN is of the opinion that probable jurisdiction should be noted in No. 386.

---

*Together with No. 412, *Virginia Board of Elections et al.* v. *Hamm et al.,* also on appeal from the same court.